# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4390
_____

RONALD WILLARD,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus – Original Jurisdiction.

February 9, 2018

PER CURIAM.

The petition for writ of mandamus is denied on the merits. *See Thomas v. State, Dept. of Revenue*, 74 So. 3d 145 (Fla. 1st DCA 2011) (stating that absent a showing that an express and distinct demand for performance was made, mandamus will not lie to compel a court to rule on a pleading in a civil matter).

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Ronald Willard, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.